THE HONORABLE ROBERT B. LEIGHTON

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

TIMOTHY DRIVER,

         Plaintiff,

vs.

THURSTON COUNTY,

         Defendant.

No. C15-05733-RBL

ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT FOR DAMAGES

## I. ANSWER

The Defendant, THURSTON COUNTY, by and through its attorney of record and in answer to Plaintiff's Complaint, admits, denies and alleges as follows:

1. Answering Paragraph 1, Defendant is without information or knowledge sufficient to form a belief as to the truth of said paragraph, and, therefore, denies the same.

2. Answering Paragraph 2, Defendant admits the same.

3. Answering Paragraph 3, Defendant denies the same.

4. Answering Paragraph 4, Defendant is without information or knowledge sufficient to form a belief as to the truth of said paragraph, and, therefore, denies the same.

5. Answering paragraph 5, Defendant admits only that "RCW 36.45.10" does not exist; should Plaintiff be referring to RCW 36.45.010, Defendant admits only that said RCW speaks for itself. Defendant further admits that RCW 4.96.020 speaks for itself.

ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT FOR DAMAGES  - 1

Cause No. C15-05733-RBL
O:\civil\LINDA\PLD\Damages\Driver\Answer.docx

JON TUNHEIM
Thurston County Prosecuting Attorney
Civil Division - Building No. 5
2000 Lakeridge Dr SW
Olympia, WA  98502
360/786-5574     FAX:  360/709-3006

6. Answering Paragraph 6, Defendant denies the same.

7. Answering Paragraph 7, Defendant denies the same.

8. Answering Paragraph 8, Defendant admits the first sentence thereof. As to the remainder of any allegations contained in said Paragraph 8, Defendant is without information or knowledge sufficient to form a belief as to the truth of said remaining paragraph, and, therefore, denies the same.

9. Answering Paragraph 9, Defendant admits only that Lt. Price sent a letter addressed to the Plaintiff dated October 8, 2013 and that the letter speaks for itself.

10. Answering Paragraph 10, Defendant is without information or knowledge sufficient to form a belief as to the truth of said paragraph, and, therefore, neither admits nor denies the same.

11. Answering Paragraph 11, Defendant is without information or knowledge sufficient to form a belief as to the truth of said paragraph, and, therefore, denies the same.

12. Answering Paragraph 12, Defendant admits only that Plaintiff sent a letter to the Sheriff's Office dated October 12, 2013 and that the letter speaks for itself.

13. Answering Paragraph 13, Defendant admits only that Lt. Price sent a letter to the Plaintiff dated October 15, 2013 and that the letter speaks for itself.

14. Answering Paragraph 14, Defendant is without information or knowledge sufficient to form a belief as to the truth of said paragraph, and, therefore, denies the same.

15. Answering Paragraph 15, Defendant is without information or knowledge sufficient to form a belief as to the truth of said paragraph, and, therefore, denies the same.

16. Answering Paragraph 16, Defendant is without information or knowledge sufficient to form a belief as to the truth of said paragraph, and, therefore, denies the same.

17. Answering Paragraph 17, Defendant denies the same.

ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT FOR DAMAGES - 2

Cause No. C15-05733-RBL
O:\civil\LINDA\PLD\Damages\Driver\Answer.docx

JON TUNHEIM
Thurston County Prosecuting Attorney
Civil Division - Building No. 5
2000 Lakeridge Dr SW
Olympia, WA  98502
360/786-5574     FAX:  360/709-3006

18.     Answering Paragraph 18, Defendant denies that there was a letter dated December 3, 2013 received by the Sheriff's Office.  Defendant further states that it's Risk Management Office informed Plaintiff that the Sheriff did not receive said letter at the same time that it denied Plaintiff's Claim for Damages.  Plaintiff failed to resend the letter or even contact the Sheriff further.

19.     Answering Paragraph 19, Defendant admits only that a Claim for Damages was received from the Plaintiff on April 27, 2013.  As to any remaining allegations contained in said Paragraph 19, Defendant denies the same.  Furthermore, Defendant specifically denies that Plaintiff is entitled to any award of damages whatsoever.

20.     Answering Paragraph 20, Defendant admits the same.

21.     Answering Paragraph 21, Defendant admits the same.

22.     Answering Paragraph 22, Defendant denies the same.

23.     Answering Paragraph 23, Defendant admits only that Plaintiff filed a Complaint for Damages on October 1, 2015, with respect to any remaining allegations contained in said Paragraph 23, Defendant denies the same.

24.     Answering Paragraph 24, Defendant admits only that the Sheriff denied Plaintiff's concealed weapons permit; with respect to any remaining allegations contained in said Paragraph 24, Defendant denies the same.

25.     Answering Paragraph 25, Defendant admits the same.

26.     Answering Paragraph 26, Defendant is without information or knowledge sufficient to form a belief as to the truth of said paragraph, and, therefore, denies the same.

27.     Answering Paragraph 27, Defendant denies the same.

28.     Answering Paragraph 28, Defendant admits only that the Federal Gun Control Act speaks for itself.

ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT FOR DAMAGES  - 3

Cause No. C15-05733-RBL
O:\civil\LINDA\PLD\Damages\Driver\Answer.docx

JON TUNHEIM
Thurston County Prosecuting Attorney
Civil Division - Building No. 5
2000 Lakeridge Dr SW
Olympia, WA  98502
360/786-5574     FAX:  360/709-3006

29. Answering Paragraph 29, Defendant admits only that § 18 U.S.C. 922(g) speaks for itself.

30. Answering Paragraph 30, Defendant is without information or knowledge sufficient to form a belief as to the truth of said paragraph, and, therefore, denies the same.

31. Answering Paragraph 31, Defendant is without information or knowledge sufficient to form a belief as to the truth of said paragraph, and, therefore, denies the same.

32. Answering Paragraph 32, Defendant is without information or knowledge sufficient to form a belief as to the truth of said paragraph, and, therefore, denies the same.

33. Answering Paragraph 33, Defendant is without information or knowledge sufficient to form a belief as to the truth of said paragraph, and, therefore, denies the same.

34. Answering Paragraph 34, Defendant is without information or knowledge sufficient to form a belief as to the truth of said paragraph, and, therefore, denies the same.

35. Answering Paragraph 35, Defendant denies the same.

36. Answering Paragraph 36, Defendant denies the same.

37. Answering Paragraph 37, Defendant denies the same.

38. Answering Paragraph 38, Defendant is without information or knowledge sufficient to form a belief as to the truth of said paragraph, and, therefore, neither admits nor denies the same.

39. Answering Paragraph 39, Defendant denies that any mistakes existed to correct and, therefore, denies the same.

40. Answering Paragraph 40, Defendant denies the same.

41. Answering Paragraph 41, Defendant denies the same.

42. Answering Paragraph 42, Defendant denies the same.

43. Answering Paragraph 43, Defendant is without information or knowledge sufficient to form a belief as to the truth of said paragraph, and, therefore, denies the same.

ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT FOR DAMAGES  - 4

Cause No. C15-05733-RBL
O:\civil\LINDA\PLD\Damages\Driver\Answer.docx

JON TUNHEIM
Thurston County Prosecuting Attorney
Civil Division - Building No. 5
2000 Lakeridge Dr SW
Olympia, WA  98502
360/786-5574    FAX:  360/709-3006

44. Answering Paragraph 44, Defendant denies the same.

45. Answering Paragraph 45, Defendant denies the same.

46. Answering Paragraph 46, Defendant is without information or knowledge sufficient to form a belief as to the truth of said paragraph, and, therefore, denies the same.

47. Answering Paragraph 47, Defendant is without information or knowledge sufficient to form a belief as to the truth of said paragraph, and, therefore, denies the same.

48. Answering Paragraph 48, Defendant denies the same.

49. Answering Paragraph 49, Defendant admits the same.

50. Answering Paragraph 50, Defendant admits only that it sent a second letter to Plaintiff and that the letter speaks for itself.

51. Answering Paragraph 51, Defendant denies the same.

52. Answering Paragraph 52, Defendant admits only that Plaintiff filed a Claim for Damages and that the Claim speaks for itself.

53. Answering Paragraph 53, Defendant admits the same.

54. Answering Paragraph 53, Defendant is without information or knowledge sufficient to form a belief as to the truth of said paragraph, and, therefore, denies the same.

55. Answering Paragraph 55, Defendant is without information or knowledge sufficient to form a belief as to the truth of said paragraph, and, therefore, denies the same.

56. Answering Paragraph 56, Defendant is without information or knowledge sufficient to form a belief as to the truth of said paragraph, and, therefore, denies the same.

57. Answering Paragraph 57, Defendant denies the same.

58. Answering Paragraph 58, Defendant is without information or knowledge sufficient to form a belief as to the truth of said paragraph, and, therefore, denies the same.

ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT FOR DAMAGES - 5

Cause No. C15-05733-RBL
O:\civil\LINDA\PLD\Damages\Driver\Answer.docx

JON TUNHEIM
Thurston County Prosecuting Attorney
Civil Division - Building No. 5
2000 Lakeridge Dr SW
Olympia, WA  98502
360/786-5574     FAX:  360/709-3006

59. Answering Paragraph 59, Defendant is without information or knowledge sufficient to form a belief as to the truth of said paragraph in the context of this case, and, therefore, denies the same.

60. Answering Paragraph 60, Defendant denies the same.

61. Answering Paragraph 61, Defendant is without information or knowledge sufficient to form a belief as to the truth of said paragraph, and, therefore, denies the same.

62. Answering Paragraphs 62 through 71, Defendant denies that Plaintiff is entitled to any relief whatsoever.

## II. AFFIRMATIVE DEFENSES

By way of FURTHER ANSWER and AFFIRMATIVE DEFENSES, Defendants allege:

1. The Plaintiff's Complaint does not state a claim upon which relief can be granted.

2. That all actions of the Defendant herein alleged as negligence, libel and unlawful conduct manifest a reasonable exercise of judgment and discretion by authorized public officials made in the exercise or governmental authority entrusted to them by law and are neither tortious nor actionable.

3. The Defendant acted in good faith and is entitled to absolute and/or qualified immunity.

4. That Plaintiff's Complaint is frivolous and advanced without reasonable cause, and, therefore, pursuant to RCW 4.84.185, Defendants are entitled to recover attorney fees and costs in defending against this Complaint.

5. That if the Plaintiff suffered any damages, recovery therefor is barred by Plaintiff's failure to mitigate said damages.

## III. RESERVATION OF RIGHTS

The Defendant expressly reserves the right to amend this Answer, including the addition of affirmative defenses warranted by investigation and discovery, and to make such amendments either

ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT FOR DAMAGES - 6

Cause No. C15-05733-RBL
O:\civil\LINDA\PLD\Damages\Driver\Answer.docx

JON TUNHEIM
Thurston County Prosecuting Attorney
Civil Division - Building No. 5
2000 Lakeridge Dr SW
Olympia, WA  98502
360/786-5574   FAX:  360/709-3006

before or during trial, including asserting other defense theories or conforming the pleadings to the proof offered at the time of trial.

### IV. PRAYER FOR RELIEF

WHEREFORE, Defendant prays as follows:

That Plaintiff's Complaint be dismissed with prejudice and Plaintiff take nothing thereby, that the Defendant be allowed its costs, disbursements and reasonable attorney fees herein, and that the Court award Defendant such other relief as may be appropriate.

DATED this 26th day of October, 2015.

>                                   JON TUNHEIM
>                                   PROSECUTING ATTORNEY
>
>                                        */s/ John C. Skinder*
>                                   _____
>                                   JOHN C. SKINDER, WSBA #26224
>                                   Senior Deputy Prosecuting Attorney
>                                   Attorney for Defendants
>                                   Civil Division - Building No. 5
>                                   2000 Lakeridge Drive SW
>                                   Olympia, WA  98502
>                                   Phone:  360-786-5574 -- Fax: 360-709-3006
>                                   *SkindeJ@co.thurston.wa.us*

_____

I hereby certify that on date listed below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which provides service to:  N/A; and I mailed, via U.S. Mail postage prepaid, a copy of this document to:

**Pro Se Plaintiff**
Timothy Driver
6426 Tralee Dr NW
Olympia, WA 98502

I certify (or declare) under penalty of perjury under the laws of the State of Washington and 28 U.S.C. § 1746 that the foregoing is true and correct. Olympia, Washington.

Date: _____October 26, 2015_____

Signature: _____*/s/ Linda Olsen*_____

---

ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT FOR DAMAGES  - 7

Cause No. C15-05733-RBL
O:\civil\LINDA\PLD\Damages\Driver\Answer.docx

JON TUNHEIM
Thurston County Prosecuting Attorney
Civil Division - Building No. 5
2000 Lakeridge Dr SW
Olympia, WA  98502
360/786-5574     FAX:  360/709-3006